**Opinion issued October 15, 2013**



**In The**

# Court of Appeals

**For The**

# First District of Texas

## NO. 01-13-00225-CV

## IN RE TRAVELERS LLOYDS OF TEXAS INSURANCE COMPANY, Relator

## Original Proceeding on Petition for Writ of Mandamus

### MEMORANDUM OPINION[1]

By petition for writ of mandamus, relator, Travelers Lloyds of Texas Insurance Company, seeks mandamus relief from the trial court's February 22, 2013 order denying summary judgment.

We lift the stay previously ordered by this Court and **DENY** the petition for writ of mandamus.

### PER CURIAM

Panel consists of Chief Justice Radack and Justices Bland and Huddle.

---

1   The underlying case is *Samuel Guerra, et al v. Travelers Lloyds of Texas Insurance Company*, No. 2009-33090 in the 11th District Court of Harris County, Texas, the Hon. Mike Miller presiding.